UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NORMA EDITH RODRIGUEZ SANCHEZ, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JUSTINO FAUSTO PERALTA-RANGEL, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:20-CV-195-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS petitioner's verified petition under Hague Convention seeking return of child A.P.R. to petitioner [D.E. 2]. At 10:00 a.m. on February 16, 2021, respondent SHALL DELIVER the minor child A.P.R. to the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, First Floor, Raleigh, North Carolina. At that time, respondent will allow petitioner's sister Alejandra Rodriguez Sanchez and niece Cindy Garcia Rodriguez to take physical custody of A.P.R. At the time of this exchange, respondent also will deliver to Alejandra Rodriguez Sanchez and Cindy Garcia Rodriguez sufficient clothing, personal care items, andmedicine (if any) needed for the child to travel back to Mexico. The U.S. Marshal is DIRECTED to supervise the exchange of the child from respondent to Alejandra Rodriguez Sanchez and Cindy Garcia Rodriguez, and to assist in executing this order as necessary. All federal, state, and local law enforcement authorities are NOTIFIED that Alejandra Rodriguez Sanchez and/or Cindy Garcia Rodriguez are authorized to travel with the child A.P.R. from the United States to Mexico between the dates February 16, 2021, and February 28, 2021, in order to deliver the child A.P.R. to petitioner in Mexico.

**This Judgment Filed and Entered on February 16, 2021, and Copies To:**

| | |
|---|---|
| Amy Anne Vukovich | (via CM/ECF electronic notification) |
| TeAndra M. Miller | (via CM/ECF electronic notification) |
| Sarah E. Mabry-Caraffa | (via CM/ECF electronic notification) |
| Justino Fausto Peralta-Rangel | (via CM/ECF electronic notification) |

DATE:                                                           PETER A. MOORE, JR., CLERK

February 16, 2021                                    (By) /s/ Nicole Sellers
                                                                    Deputy Clerk