IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NORMA EDITH RODRIGUEZ SANCHEZ )
Petitioner, )
)
v. ) Case No. 5:20-CV-195-D
)
JUSTINO FAUSTO PERALTA-RANGEL )
Respondent. )

## ORDER GRANTING PETITIONER'S MOTION TO CLOSE CASE

After considering Petitioner's Motion to Close, this Court hereby GRANTS the motion.

At this time, the Court instructs the clerk to close this case. It is so ORDERED.

Dated this _4_ day of March, 2021.

JUDGE JAMES C. DEVER, III